UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:21-cv-05361 MAA | Date: October 25, 2021 |
| Title | Kevin Cox v. Evergrande Real Estate Group, LLC | |

Present: The Honorable Maria A. Audero, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

On July 1, 2021, Plaintiff Kevin Cox ("Plaintiff") filed a complaint (ECF No. 1). The case was assigned to Magistrate Judge Maria A. Audero. On the same day, upon Plaintiff's request (ECF No. 4), the Court Clerk issued a summons as to Defendant Evergrande Real Estate Group, LLC ("Defendant") (ECF No. 4). On August 26, 2021, the Court issued a Reminder Notice, reminding the parties that if the case was to proceed before the Magistrate Judge to which it was assigned, the parties were required to file consents to such assignment. (ECF No. 17.)

To date, Plaintiff has failed to file any proof of service or request an extension of time in which to do so. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** no later than **November 24, 2021** why this Court should not recommend that the action be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing a proof of service.

The parties are reminded that, for the above-entitled case to proceed with the assigned Magistrate Judge, they must file and serve joint or separate Consent form(s), indicating whether each party consents to have a Magistrate Judge assigned to this case. Plaintiff must file the Consent form within forty-two (42) days after service of the summons and complaint upon the first-served defendant. Each defendant must file the Consent form within forty-two (42) days after service of the summons and complaint upon that defendant. If the United States, an agency of the United States, or an officer or employee of the United States is a defendant, the government must file the Consent form within sixty (60) days after service of summons and complaint upon each defendant. If one or both parties fails to consent to the case proceeding before the assigned Magistrate Judge within the prescribed time, the case automatically will be re-assigned.

It is so ordered.