SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, KEVIN COX

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX,<br><br>                Plaintiff,<br><br>    vs.<br><br>EVERGRANDE REAL ESTATE GROUP, LLC; DOES 1 to 10,<br><br>                Defendants. | Case No.: 2:21-cv-05361-MAA<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff KEVIN COX ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: November 24, 2021          SO. CAL EQUAL ACCESS GROUP


                                     */s/ Jason J. Kim*
                                  JASON J. KIM
                                  Attorney for Plaintiff