1 **SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
2 Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
3 Los Angeles, CA 90004
Telephone: (213) 252-8008
4 Facsimile: (213) 252-8009
scalequalaccess@yahoo.com
5
Attorneys for Plaintiff
6 KEVIN COX

7
                        UNITED STATES DISTRICT COURT
8
                       CENTRAL DISTRICT OF CALIFORNIA
9

10 | KEVIN COX,                          Case No.: 2:21-cv-05361-MAA

11            Plaintiff,

12     vs.                               **NOTICE OF VOLUNTARY
                                         DISMISSAL OF ENTIRE ACTION
13                                       WITH PREJUDICE**

14 EVERGRANDE REAL ESTATE
   GROUP, LLC; DOES 1 to 10,
15
              Defendants.
16

17

18    **PLEASE TAKE NOTICE** that KEVIN COX

19 ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby

20 voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil

21 Procedure Rule 41(a)(1) which provides in relevant part:

22    (a) **Voluntary Dismissal.**

23           (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66

24                 and any applicable federal statute, the plaintiff may dismiss an action

25                 without a court order by filing:

26                 (i)    A notice of dismissal before the opposing party serves either an

27                        answer or a motion for summary judgment.

28

                                          1
**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2  summary judgment.  Accordingly, this matter may be dismissed without an Order of the
3  Court.
4
5  DATED: December 27, 2021     SO. CAL. EQUAL ACCESS GROUP
6
7                            By:    */s/   Jason J. Kim*
8                                   Jason J. Kim, Esq.
                                    Attorneys for Plaintiff
9
...
28

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**